AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED

# UNITED STATES DISTRICT COURT
for the

Northern District of California

NOV 25 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  4:14-mj-71464-MAG-1 |
| | ) | |
| Dale Robbers | ) | Charging District: Southern District of Iowa, Davenport |
| | ) | |
| *Defendant* | ) | Charging District's Case No.  3:14-cr-53 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, Southern District of Iowa<br>131 East 4th Street<br>Davenport, Iowa 52801 | Courtroom No.: Mag. Judge Helen C. Adams |
|---|---|---|
| | | Date and Time: 12/16/14 at 11:15 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Nov 25, 2014

_____
*Judge's signature*

DONNA M. RYU, United States Magistrate Judge
*Printed name and title*

cc: Copy to parties via ECF, Clerk of Mag. Judge Helen C. Adams, Pretrial Services, U.S. Marshal